JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA PASTORE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>WESTSIDE INVESTMENTS, INC,<br><br>            Defendant. | Case No. CV 21-7111 FMO (AFMx)<br><br>**ORDER DISMISSING ACTION** |

    The complaint in the above-captioned case contains individual and class allegations. Plaintiff has filed an Amended Notice of Resolution notifying the court that plaintiff has settled her individual claims with defendant. (See Dkt. 61).

    Having reviewed the case file and determined that no prejudice to the putative class will result from dismissal, IT IS ORDERED that the above-captioned action is hereby dismissed without prejudice. The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within 45 days from the filing date of this Order, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 15th day of June, 2022.

                                                                                          /s/<br>
                                                          Fernando M. Olguin<br>
                                                United States District Judge